BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00732-KJM-DAD |
|---|---|
| Plaintiff, | |
| v. | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED AT 10027 SEATTLE SLEW LANE, ELK GROVE CALIFORNIA, SACRAMENTO COUNTY, APN: 127-0940-009-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

This matter came on before the Honorable Magistrate Judge Dale A. Drozd on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant property to oppose the United States' motion. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Top Huynh, Tan Huynh, Dao Huynh, Kim Thi Huynh, and Henry K. Ho are held in default.

3. A judgment by default is hereby entered against any right, title, or interest of Top Huynh, Tan Huynh, Dao Huynh, Kim Thi Huynh, and Henry K. Ho in the defendant property referenced in the above caption and more fully described in Exhibit A attached hereto.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant property located at 10027 Seattle Slew Lane, Elk Grove, California, Sacramento County, APN: 127-0940-009-0000, and more fully described in Exhibit A attached hereto, to the United States, to be disposed of according to law, subject to the Stipulation and Order for Expedited Settlement Between United States and Lien Holder Suntrust Mortgage, Inc. filed July 17, 2012, which is incorporated herein.

5. All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 18th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE

## **Exhibit A**

(Real property located at 10027 Seattle Slew Lane, Elk Grove, California, Sacramento County)

PARCEL ONE:

LOT 40, AS SHOWN ON THE PLAT OF SUBDIVISION NO. 00.025.3 OF VAN RUITEN RANCH UNIT 2", FILED NOVEMBER 10, 2003, IN BOOK 321 OF MAPS, MAP NO. 8, RECORDS OF SACRAMENTO COUNTY.

PARCEL TWO:

A RIGHT OF WAY (NOT TO BE EXCLUSIVE), FOR USE AS A ROADWAY FOR VEHICLES OF ALL KINDS, PEDESTRIANS AND ANIMALS, FOR WATER, GAS, OIL AND SEWER PIPE LINES, AND FOR TELEPHONE, CABLE, ELECTRIC LIGHT AND POWER LINES, TOGETHER WITH NECESSARY POLES OR UNDERGROUND CONDUITS TO CARRY SAID LINES, OVER, UNDER AND UPON "SEABISCUIT LANE, VAN RUITEN LANE, NATIVE DANCER LANE, SEATTLE SLEW LANE, SECRETARIAT LANE AND KEAWE LANE", AS SHOWN ON SAID FILED MAP.

APN: 127-0940-009-0000